In re Toups, Roland M; Toups, Kathryn B.; Carpenter, David R.; Carpenter, Erica Johanna Wolff; Graham, Hollis 0.; Graham, Ida R.; Robin, Della J.; Layne, Harry R.; Layne, Janet J.; Comprehensive Planning Co.; Fink, Kenneth G. Jr.; Fink, Carol; McCollister, Donald L.; McCollister, Sandra M.; Guitreau, Joseph W.; Guitreau, Marie H.; Lanier, Frank E.; Lanier, Nell T.; — Defendant(s); applying for writ of cer-tiorari and/or review; to the Court of Appeal, Fifth Circuit, Nos. 90-CA-0121, 90-CA-0417; Parish of Jefferson, 24th Judicial District Court, Div. “0”, No. 380826.
Prior report: La.App., 570 So.2d 195.
Denied.